UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY JOEL JUDY,

    Plaintiff,

vs.                                CASE NO 8:12-CV-01386-JDW-TGW

PINELLAS COUNTY,

    Defendant
_____/

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT

Jeannine S. Williams hereby serves her notice of appearance as counsel for Defendant Pinellas County, and requests the Clerk of the Court enter same and further requests that copies of all future pleadings, notices, correspondence and other papers and filings in this cause be directed to the undersigned attorney.

Dated: July 18, 2012

*/s/ Jeannine S. Williams*
JEANNINE S. WILLIAMS, ESQ.
LEAD TRIAL COUNSEL
FOR PINELLAS COUNTY
Florida Bar Number 0190233
P.O. BOX 2842
St. Petersburg, Florida 33731
(727) 893-7401, phone
(727) 892-5262, fax
Jeannine.Williams@stpete.org

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 18, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brian T. Ku, Esquire at brian@kumussman.com and Louis I. Mussman, Esquire, at louis@kumussman.com.

                                                JEANNINE S. WILLIAMS
                                                LEAD TRIAL COUNSEL
                                                FOR PINELLAS COUNTY
                                                Florida Bar Number 0190233
                                                P.O. BOX 2842
                                                St. Petersburg, Florida 33731
                                                (727) 893-7401, phone
                                                (727) 892-5262, fax
                                                Jeannine.Williams@stpete.org